Darryl L. NICHOLSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 65355.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 13, 1994.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion for post-conviction relief after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth

the reasons for this order affirming the judgment pursuant to Rule 84.16(b).